STATE, RESPONDENT, v. MORRIS, APPELLANT.

(No. 3,110.)

(Submitted March 21, 1912. Decided March 30, 1912.)

[122 Pac. 917.]

*Physicians and Surgeons — Practicing Without Certificate—*
*Pleading and Proof.*

1. Where an information charging a physician with practicing his profession without having first obtained a certificate permitting him to do so particularizes the offense, the evidence, to justify a conviction, must sustain the charge as made, otherwise the judgment will be reversed.

*Appeal from District Court, Missoula County; F. C. Webster, Judge.*

F. W. MORRIS was convicted of practicing medicine and surgery without a certificate from the State Board of Medical Examiners, and appeals. Reversed and remanded.

*Mr. Henry C. Stiff,* for Appellant, submitted a brief, and argued the cause orally.

*Mr. Albert J. Galen,* Attorney General, and *Mr. W. H. Poorman,* Assistant Attorney General, submitted a brief in behalf of Respondent.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The information in this case charges that the defendant, without having been granted a certificate to practice medicine in this state, "did * * * prescribe and direct for the use of one Emma Van Orsdel, a person then and there afflicted with a certain physical ailment of the body, to wit, sickness resulting from pregnancy, a certain appliance or apparatus, to-wit, a certain surgical instrument commonly known as and called forceps. * * * " The defendant was convicted, and has appealed from the judgment and from an order denying him a new trial.

The offense against which the statute (Rev. Codes, secs. 1591, 8544) is directed is practicing medicine or surgery without a certificate from the State Board of Medical Examiners. The statute is in very broad and general terms, but the pleader [1] undertook to state the circumstances of the offense with unnecessary particularity, and in doing so confined the charge to a single act, *viz.*, the giving of a particular prescription, and the evidence offered upon the trial fails entirely to sustain the charge thus made.

The judgment and order are reversed and the cause is remanded.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SMITH concur.